**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:18-cv-02453-RBJ

ROCK & RAIL LLC, a Colorado limited liability company

    Plaintiff/Counterclaim Defendant,

v.

MOTHERLOVE HERBAL COMPANY, a Colorado corporation, INDIANHEAD WEST HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation, ROCKIN S RANCH LLC, a Colorado limited liability company, JOHN CUMMINGS, an individual, DAVID KISKER, an individual, GARY OPLINGER, an individual, WOLFGANG DIRKS, an individual, and JAMES PIRAINO, an individual,

Defendants/Counterclaim Plaintiffs.

**UNOPPOSED MOTION TO VACATE AND RESET TRIAL PREPARATION CONFERENCE**

Defendants/Counterclaim Plaintiffs Indianhead West Homeowners Association, Inc., Rockin S Ranch LLC, John Cummings, David Kisker, Gary Oplinger, Wolfgang Dirks, and James Piraino collectively known as Defendants/Counterclaim Plaintiffs ("Defendants"), by and through their undersigned counsel, respectfully submit this Unopposed Motion to Vacate and Reset Trial Preparation Conference and state as follows:

**LOCAL RULE 7.1(a) CERTIFICATION**

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Defendants conferred with counsel for Plaintiff Rock & Rail LLC ("Rock & Rail") via email on June 1, 2020, and via teleconference on June 5, 2020, regarding the substance of this Motion. Rock & Rail does not oppose this Motion.

**INTRODUCTION**

1.     Pursuant to the Amended Order Setting Trial and Trial Preparation Conference [ECF No. 88], the Trial Preparation Conference is currently set for July 22, 2020 at 9:00 a.m. in this matter.

2.     After the Trial Preparation Conference was set in this matter, Defendants learned that Rock & Rail's parallel effort to rezone the property that is the subject of this action (the "Rezoning Application") was set for a final hearing before the Weld County Board of County Commissioners on July 22, 2020, at 9:00 a.m. in Greeley, Colorado.

3.     Defendants are interested parties with respect to the Rezoning Application who have retained undersigned counsel to appear at the hearing and oppose the Rezoning Application. Accordingly, undersigned counsel now have a scheduling conflict whereby they cannot simultaneously attend the Trial Preparation Conference and the County hearing on the Rezoning Application.

4.     After learning of this scheduling conflict, undersigned counsel asked counsel for Rock & Rail (as the applicant on the Rezoning Application) to request that the County reset the July 22, 2020 hearing on the Rezoning Application (which was apparently set after the Trial Preparation Conference was set in this matter) to resolve this scheduling conflict. Rock & Rail rejected this request and instead offered that it would not oppose resetting the Trial Preparation Conference before this Court.

5.     Accordingly, Defendants now respectfully request that this Court vacate the Trial Preparation Conference and further order the parties to contact Chambers to reset the Trial Preparation Conference in this matter.

## CONCLUSION

WHEREFORE, Defendants respectfully request that the Court vacate the Trial Preparation Conference and order the parties to reset the Trial Preparation Conference in this matter.

DATED this 10th day of June, 2020.

>
> *s/Mark E. Lacis*
> Mark E. Lacis
> James R. Silvestro
> IRELAND STAPLETON PRYOR & PASCOE, PC
> 717 17th Street, Suite 2800
> Denver, CO 80202
> Telephone: (303) 623-2700
> mlacis@irelandstapleton.com
> jsilvestro@irelandstapleton.com
>
> *Attorneys for Defendants/Counterclaim Plaintiffs Indianhead West Homeowners Association, Inc., Rockin S. Ranch LLC, John Cummings, David Kisker, Gary Oplinger, Wolfgang Dirks, and James Piraino*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2020, I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION TO VACATE AND RESET TRIAL PREPARATION CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Brian J. Connolly
Bill E. Kyriagis
Otten Johnson Robinson Neff & Ragonetti PC
Suite 1600 | 950 17th Street
Denver, Colorado 80202
bconnolly@ottenjohnson.com
bkyriagis@ottenjohnson.com

*/s/ Mark E. Lacis*
Mark E. Lacis