**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:18-cv-02453-RBJ

ROCK & RAIL LLC, a Colorado limited liability company

       Plaintiff/Counterclaim Defendant,

v.

MOTHERLOVE HERBAL COMPANY, a Colorado corporation, INDIANHEAD WEST
HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation, ROCKIN S
RANCH LLC, a Colorado limited liability company, JOHN CUMMINGS, an individual,
DAVID KISKER, an individual, GARY OPLINGER, an individual, WOLFGANG DIRKS, an
individual, and JAMES PIRAINO, an individual,

Defendants/Counterclaim Plaintiffs.

---

**[PROPOSED] ORDER RE: UNOPPOSED MOTION TO VACATE AND RESET TRIAL
PREPARATION CONFERENCE**

---

THIS MATTER comes before the Court on the Defendants' Unopposed Motion to
Vacate and Reset Trial Preparation Conference and the Court having reviewed the same and being
fully advised in the premises, it is hereby

ORDERED that the Motion is granted.  The Trial Preparation Conference currently set
for July 22, 2020 is vacated.  The parties shall contact Chambers to reset the Trial Preparation
Conference in this matter.

BY THE COURT:

_____

Hon. R. Brooke Jackson

3270088.1