IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02453-RBJ

ROCK & RAIL LLC, a Colorado limited liability company,

    Plaintiff,

v.

MOTHERLOVE HERBAL COMPANY, a Colorado corporation,
INDIANHEAD WEST HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation,
ROCKIN S RANCH LLC, a Colorado limited liability company,
JOHN CUMMINGS, an individual,
DAVID KISKER, an individual,
GARY OPLINGER, an individual,
WOLFGANG DIRKS, an individual, and
JAMES PIRAINO, an individual,

    Defendants.

## PLAINTIFF'S MOTION IN THE ALTERNATIVE TO AMEND SCHEDULING ORDER TO PERMIT DISCLOSURE OF EXPERT TESTIMONY RELATING TO DEFENDANTS' EXPERT DISCLOSURE

Plaintiff Rock & Rail LLC ("**Rock & Rail**"), by and through its undersigned counsel, submits this Motion in the Alternative to Amend Scheduling Order to Permit Disclosure of Expert Testimony Relating to Defendants' Expert Disclosure:

1.    <u>LOCAL RULE 7.1(a) CERTIFICATION</u>: Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Rock & Rail conferred with counsel for Defendants via teleconference on June 5, 2020, in the context of a conferral on Defendants' Motion to Amend Scheduling Order to Permit Defendants to Rebut Plaintiff's Untimely Expert Disclosure, ECF No. 90, ("**Defendants'**

1874057.2

**Motion**").  In that context, Rock & Rail raised the relief requested herein as relief in the alternative should Defendants' Motion be granted.  Defendants opposed that alternative.

2. Contemporaneously with this Motion, Rock & Rail has filed a Response to Motion to Amend Scheduling Order to Permit Defendants to Rebut Plaintiff's Untimely Expert Disclosure, anticipated ECF No. 94 ("**Rock & Rail's Response**").  Rock & Rail's Response seeks denial of Defendants' Motion, but argues, in the alternative, that, if Defendants' Motion is Granted, the Scheduling Order should be further amended to allow Rock & Rail to be given a full opportunity to present an expert on the issues on which Defendants now intend to do so, and the Scheduling Order should be amended to allow the same, including providing for a continuance of the trial if necessary.

3. However, Rock & Rail is mindful of the requirement in D.C.COLO.LCivR7.1(d) that "[a] motion shall not be included in a response or reply to the original motion.  A motion shall be filed as a separate document."

4. For the reasons stated in Rock & Rail's Response, Rock & Rail respectfully submits that, to the extent Defendants' Motion is granted, Rock & Rail has shown good cause for further amendment of the Scheduling Order, *see* Fed. R. Civ. P. 16(b)(4), and that Rock & Rail has provided an adequate explanation for any delay.

5. Accordingly, to the extent that Defendants' Motion is granted, Rock & Rail respectfully requests that the Scheduling Order be further amended to allow Rock & Rail a full opportunity to disclose an expert on the issues on which Defendants now intend to do so.  In that event, Rock & Rail respectfully requests that its expert disclosure be due no sooner than forty-two (42) days from the date of entry of an Order Granting this Motion, and that the parties be afforded

a reasonable opportunity to conduct depositions of the newly-disclosed experts after the date of such disclosure.[1]  To the extent that that will interfere with the trial currently scheduled to commence on August 24, 2020, Rock & Rail respectfully requests that the Court also continue the trial.

Respectfully submitted this 19th day of June, 2020.

/s/ Bill E. Kyriagis
Bill E. Kyriagis
Brian J. Connolly
Andrew L.W. Peters
Otten, Johnson, Robinson, Neff & Ragonetti, P.C.
950 Seventeenth Street, Suite 1600
Denver, Colorado  80202
Telephone:  303 825 8400
bkyriagis@ottenjohnson.com
bconnolly@ottenjohnson.com
apeters@ottenjohnson.com
*Attorneys for Plaintiff, Rock & Rail LLC*

---

[1] Defendants have already acknowledged that Rock & Rail is entitled to take a deposition of their newly-disclosed expert, in any event.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2020, a true and correct copy of the foregoing **PLAINTIFF'S MOTION IN THE ALTERNATIVE TO AMEND SCHEDULING ORDER TO PERMIT DISCLOSURE OF EXPERT TESTIMONY RELATING TO DEFENDANTS' EXPERT DISCLOSURE** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Mark E. Lacis
James R. Silvestro
Ireland Stapleton Pryor and Pasco P.C.
717 17th Street, Suite 2800
Denver, CO  80202
mlacis@irelandstapleton.com
jsilverstro@irelandstapleton.com

                                              */s/ Kendra Gripp*
                                              Kendra Gripp

1874057.2