IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02453-RBJ

ROCK & RAIL LLC, a Colorado limited liability company,

    Plaintiff,

v.

MOTHERLOVE HERBAL COMPANY, a Colorado corporation,
INDIANHEAD WEST HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation,
ROCKIN S RANCH LLC, a Colorado limited liability company,
JOHN CUMMINGS, an individual,
DAVID KISKER, an individual,
GARY OPLINGER, an individual,
WOLFGANG DIRKS, an individual, and
JAMES PIRAINO, an individual,

    Defendants.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Rock & Rail LLC ("**Rock & Rail**") and Defendants Indianhead West Homeowners Association, Inc., Rockin S Ranch LLC, John Cummings, David Kisker, Gary Oplinger, Wolfgang Dirks, and James Piraino (collectively, "**Defendants**") hereby stipulate to dismissal of the remaining claims and counterclaims in this case, without prejudice, with each party to bear its own attorneys' fees and costs. Pursuant to Fed.R.Civ.P. 41(a)(1), this Stipulation is submitted by all parties who have appeared,[1] and effectuates dismissal without an order of the Court.

---

[1] Defendant Motherlove Herbal Company was previously dismissed pursuant to ECF No. 78.

2158146.1

Respectfully submitted this 6th day of August, 2021.

/s/ Andrew L.W. Peters
Bill E. Kyriagis
Brian J. Connolly
Andrew L.W. Peters
Otten, Johnson, Robinson, Neff & Ragonetti, P.C.
950 Seventeenth Street, Suite 1600
Denver, Colorado  80202
Telephone:  303 825 8400
bkyriagis@ottenjohnson.com
bconnolly@ottenjohnson.com
apeters@ottenjohnson.com

*Attorneys for Plaintiff, Rock & Rail LLC*


/s/ James R. Silvestro
Mark E. Lacis
James R. Silvestro
Ireland Stapleton Pryor & Pascoe, PC
717 17th Street, Suite 2800
Denver, CO 80202
Telephone:  303 623 2700
mlacis@irelandstapleton.com
jsilvestro@irelandstapleton.com

*Attorneys for Defendants/Counterclaim Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of August, 2021, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Mark E. Lacis
James R. Silvestro
Ireland Stapleton Pryor and Pasco P.C.
717 17th Street, Suite 2800
Denver, CO  80202
mlacis@irelandstapleton.com
jsilverstro@irelandstapleton.com


                                               */s/ Monaé Farris*
                                               Monaé Farris